# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRIS GROSVENOR,**

        **Plaintiff,**

-vs-                                       Case No. 6:08-cv-959-Orl-31DAB

**GROSVENOR BUILDING SERVICES, INC.,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 19) filed March 6, 2009.

On March 13, 2009, the United States Magistrate Judge issued a report (Doc. No. 27) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment is GRANTED in part. The Settlement Agreement is approved. Plaintiff is entitled to $1,700.00 for wages and liquidated damages and the Defendant will pay $3,366.31 in attorney's fees and costs. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 2nd day of April, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE